AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>GINSBURG, RUTH B. | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>May 10, 2005 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5. Report Type (check appropriate type)<br>___ Nomination Date_____<br>___ Initial   _X_ Annual ___Final | 6. Reporting Period<br><br>1/1/04 - 12/31/04 |
| 7. Chambers or Office Address<br>Supreme Court of the United States<br>One First Street, NE<br>Washington, DC 20543 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [x] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

RECEIVED 2005 MAY 10 A 11:02 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [x] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 See Attachment A | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 See Attachment A | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GINSBURG, RUTH B. | 5/10/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment
(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| 1 See Attachment B | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| 1 See Attachment C | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GINSBURG, RUTH B. | May 10, 2005 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(includes those of spouse and dependent children. See pp. 34-37 of instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1. Checking Account – Morgan Guaranty Trust Co., NYC | | NONE | M | T | | | | | |
| 2. Checking Account (interest bearing) – Riggs Nat'l Bank, D.C. | A | INT. | K | T | | | | | |
| 3. JP Morgan Prime Money Market Fund | D | INT. | P1 | T | | | | | |
| 4. JP Morgan Prime Money Market Fund | D | INT. | O | T | | | | | |
| 5. Shares of common stock, Millennium Chemicals Inc. | A | NONE | NONE | T | sold | 9/9 | M | E | |
| 6. JP Morgan Intermediate Tax Free Income Fund | E | INT. (and capital gains) | O | T | | | | | |
| 7. JP Morgan Prime Money Market Fund | C | INT. | O | T | | | | | |
| 8. JP Morgan Tax Free Money Market Fund | A | INT. | K | T | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. Class A shares and Class B shares in AVI Holding Corp. | | NONE | J | W. | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GINSBURG, RUTH B. | May 10, 2005 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. 7.5472% general partner interest in Wegoma 1974 Associates, which holds a 1.08116% limited partnership interest in Starrett City Associat s and until 3/15 held a 9.89009% limited partnership interest in Manhattan Plaza Associates; th se limited partnerships constructed and operate housing projects in New York City. | B | p-ship distrib. | M | W | | 3/15 | O | G | Wegoma 1974 sold its interest in Manhattan Plaza Associates to M Plaza LP and distributed the cash proceeds to its partners pro rata. Value and gain, above, reflect 7.5472% share of proceeds. |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GINSBURG, RUTH B. | May 10, 2005 |

## VII Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 15. 17.5% general partnership interest in Wegoma 1975, which holds a 16.660% limited partner- ship interest in Regency III Associ tes which constructed and operates an apartment project in Richardson, TX | NONE | | J | W | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. TIAA/CREF Retirement Accounts (including SRA) (contributions made while law school professor and roll- overs to IRAs from other retirement accounts) | A | INT. and CREF portfolio appreciation (accrues in acct. prior to distribution) | P1 | T | parti l distrib. | 11/1 | K | E | |
| 19. TIAA/CREF Retirement Accounts (including roll- overs to IRAs from other retirement accounts) | A | INT. nd CREF portfolio appreciation (accrues in acct. prior to distribution) | P1 | T | partial distrib. | 11/1 | K | E | |
| 20. | | | | | | | | | |
| 21. Fried, Frank, H rris Shriver & Jacobson (law firm); V lue is cash balance retire- ment plan account at ear end | B | INT. (accrues in acct. prior to retirement) | M | T | law firm contrib. | 3/31 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GINSBURG, RUTH B. | May 10, 2005 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. Martin D. Ginsburg, P.C., a professional corporation (legal services) which is counsel to Fried, Frank, Harris, Shriver & Jacobson (Value is equity value of P.C. plus unfunded retirement account at year end) | salary (reflected in answer to Q III) | | P1 | U,W | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>GINSBURG, RUTH B. | Date of Report<br>May 10, 2005 |
| --- | --- | --- |

## VII Page 1. INVESTMENTS and TRUSTS – income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. TIAA – CREF Mutual Funds | B | INT.,<br>DIV.,<br>Appre-<br>ciation | K | T | | | | | |
| 33. TIAA – CREF Mutual Funds | D | INT.,<br>DIV.,<br>Appre-<br>ciation | L | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████

Date May 10, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

GINSBURG, RUTH B.

III. Non-Inv        ome

| Date | Type | Gross |
|---|---|---|
| 8/19/04 | Hofstra University School of participation as Distinguished L in Law School's summer progra University of Nice Law School, France, July 3-16) | |
| (S) | Martin D. Ginsburg, P.C. (Professional Corporation —Law Salary) | — |
| (S) | Georgetown University (Professor of Law — Salary) | — |

GINSBURG, RUTH B.                                          5/10/05

IV. Reimbursements and Gifts

Travel in 2004 (air tickets, lodging, and meals provided by
organizations inviting Ruth Bader Ginsburg to participate
in professional or educational programs)

The Association of the Bar          January 29 - Panelist at Annual Justice
of the City of New York             Ruth Bader Ginsburg Distinguished Lecture
New York, NY                        on Women and the Law

Univ. of Alabama School of Law      February 1-2 - Chief Judge W. Harold Albritton Lecturer
Tuscaloosa, AL

Univ. of Hawaii School of Law       February 5-15 - Jurist-in-Residence
Honolulu, HI

CUNY School of Law                  March 11 - Speaker at celebration of Law School's
Flushing, NY                        Twentieth Anniversary

Univ. of Connecticut School of Law  March 12 - Guest Lecturer
Hartford, CT

Hofstra University School of Law    July 2-16 - Distinguished Lecturer in summer program
Nice, France

Dräger Foundation                   July 17-22 - European-American Judicial Summit
Luebeck, England                    (Oxford University)

Touro Synagogue                     August 20-23 - Speaker at Celebration of 350th Anniversary
Newport, RI                         of Jews in America

VJS-Institute for Vidareutbildning  September 13-16 - Swedish Law Conference
Stockholm, Sweden

Columbia Univ. Law School           October 21-22 - Symposium on *Brown* v. *Bd. of Educ.*
New York, NY

Devitt Award                        October 22 - Speaker at Devitt Award Presentation to
New York, NY                        Honorable Wilfred Feinberg

Harvard Law School                  November 18-19 - Presided at Ames Moot Court Final Round
Cambridge, MA

John Jay College                    December 14 - Fortieth Anniversary Convocation Speaker
New York, NY

## ATTACHMENT C

### V. Other Gifts

In the Fall of 1993 two Washington, D.C. city clubs, The University Club and The City Tavern Club, extended honorary memberships to me. In the Spring of 1996, the Lotos Club of New York City awarded me an honorary membership. An honorary member is not required to pay either dues or an initiation fee. None of these Clubs has been or is likely to be a litigant in the Court and membership was not invited to exploit my position as a Justice.

Advisory Opinion No. 47 (1975) of the Judicial Conference Advisory Committee, addressing complimentary memberships, concludes that (1) receipt of a complimentary membership is permitted under Canon 5C, and (2) the value of the membership, if in excess of $100, should be reported on the financial disclosure form as a permitted gift.

The University Club's 1993 initiation fee for a resident member 35 years of age or older was $4,000, and in 2004 monthly dues charged resident members 35 years of age or older were $157.

The City Tavern Club's 1993 initiation fee for a resident member was $625, and in 2004 monthly dues charged resident members were $157.

The Lotos Club's 1996 initiation fee for a nonresident member was $2,000, and in 2004 annual dues charged nonresident members was $1,125.

I designated the following:

$4,500 honorarium from the University of Alabama School of Law for the Chief Judge W. Harold Albritton Lecture, February 1-2, 2004, designated to Arena Stage, Signature Theatre, Washington Opera ($1,000 designated to each), and The Supreme Court Historical Society ($1,500).

All of the payments listed above were made to charities in my name in lieu of compensation for lectures sponsored by the listed law schools. All of the charities are qualified recipients under § 501(c) (3) of the Internal Revenue Code. Each of the law schools is an accredited educational institution and the lectures, delivered to overflow audiences including most of the schools' students, were part of the schools' educational offerings.